# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BARBOSA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NKIRUKA NDU, et al.,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-00251-SAB (PC)<br><br>ORDER RESCHEDULING TIME OF SETTLEMENT CONFERENCE ON SEPTEMBER 7, 2021, FROM 9:30 A.M. TO **1:30 P.M.** |

Plaintiff Jeffrey Barbosa is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for settlement conference before Magistrate Judge Barbara A. McAuliffe on September 7, 2021, at 9:30 a.m. Due to a scheduling conflict, it is necessary to reschedule the *time* of the conference from 9:30 a.m. to **1:30 p.m.**

IT IS SO ORDERED.

Dated: __**July 6, 2021**__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE