|     |                          |                                                        |
| --- | ------------------------ | ------------------------------------------------------ |
|     |                          |                                                        |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JEFFREY BARBOSA,        | ) Case No.: 1:21-cv-00251-SAB (PC) |
| ----------------------- | ---------------------------------- |
| Plaintiff,              | ) ORDER LIFTING STAY OF PROCEEDINGS |
| v.                      | ) ORDER VACATING SEPTEMBER 7, 2021 SETTLEMENT CONFERENCE |
| NKIRUKA NDU, et al.,    | )                                  |
| Defendants.             | ) ORDER DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER |

Plaintiff Jeffrey Barbosa is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 15, 2021, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. The Court's order granted Defendants time to investigate and determine whether to opt out of the post-screening ADR project.

On July 6, 2021, Defendants filed a request to opt out and vacate the settlement conference. After reviewing the notice, the Court finds good cause to grant Defendants' request. Therefore, the stay if lifted, and the September 7, 2021 settlement conference is vacated.

///

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. Defendants' request to opt out of the post-screening ADR project (ECF No. 17), is GRANTED;
2. The stay of this action (ECF No. 16) is LIFTED; and
3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated: **July 7, 2021**

UNITED STATES MAGISTRATE JUDGE