UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BARBOSA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>NKIRUKA NDU, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:21-cv-00251-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 21) |

　　　　Plaintiff Jeffrey Barbosa is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed July 22, 2021.

　　　　Good cause having been presented, it is HEREBY ORDERED that the discovery and scheduling order is AMENDED as follows:

　　　　**1.**　　Exhaustion Motion Filing Deadline: **December 7, 2021**

　　　　2.　　Deadline to Amend Pleadings: **March 9, 2022**

　　　　3.　　Discovery Deadline: **May 8, 2022**

　　　　4.　　Dispositive Motion Deadline: **July 18, 2022**; and

///

///

5. All other provisions of the Court's discovery and scheduling order issued on July 8, 2021, remain in effect.

IT IS SO ORDERED.

Dated:   **July 22, 2021**

UNITED STATES MAGISTRATE JUDGE