# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BARBOSA,<br><br>  Plaintiff,<br><br>  v.<br><br>NKIRUKA NDU, et al.,<br><br>  Defendants. | Case No.: 1:21-cv-00251-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 24) |

Plaintiff Jeffrey Barbosa is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the scheduling order, filed July 8, 2022.

Good cause having been presented, it is HEREBY ORDERED that the dispositive motion deadline is extended to September 1, 2022.

IT IS SO ORDERED.

Dated:  **July 8, 2022**

　　　　　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE

1